IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| YUNG LE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:24-cv-00031-O |
| § | |
| LOCKHEED MARTIN CORPORATION, § | |
| § | |
| Defendant. § | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Yung Le hereby dismisses this action with prejudice, with each party to bear his or its own costs of court and attorneys' fees. Lockheed Martin Corporation stipulates to this dismissal with prejudice by the signature of its attorney of record below.

Dated: July 19, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/ Brian P. Sanford *(by permission)* | /s/ Anthony J. Campiti |
| Brian P. Sanford | Anthony J. Campiti |
| Texas Bar No. 17630700 |    State Bar No. 00798092 |
| bsanford@sanfordfirm.com | Catherine Barbaree |
| Elizbeth "BB" Sanford |    State Bar No. 24098962 |
| Texas Bar No. 24100618 | |
| esanford@sanfordfirm.com | HOLLAND & KNIGHT LLP |
| | One Arts Plaza |
| THE SANFORD FIRM | 1722 Routh Street, Suite 1500 |
| 1910 Pacific Ave., Suite 15400 | Dallas, Texas 75201 |
| Dallas, TX 75201 | Telephone: (214) 969-1700 |
| Ph: (214) 717-6653 | Facsimile: (214) 969-1751 |
| Fax: (214) 919-0113 | E-mail: tony.campiti@hklaw.com |
| | E-mail: catherine.barbaree@hklaw.com |
| ATTORNEY FOR PLAINTIFF | |
| YUNG LE | ATTORNEYS FOR DEFENDANT |
| | LOCKHEED MARTIN CORPORATION |